UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ X

NOVARTIS CORP, *et al.*,

                **Plaintiffs**,

- against -

DR. REDDY'S LABS., LTD., *et al.*,

                **Defendants.**

------------------------------------------------------ X

**ORDER**

04 Civ. 757 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

        The Court is in receipt of plaintiffs' September 18, 2009 letter. The parties in this matter are hereby directed to apprise the Court of the status of this action within thirty days and every thirty days after the initial submission.

                                        SO ORDERED:

                                        Shira A. Scheindlin
                                        U.S.D.J.

Dated:      New York, New York
               September 22, 2009

1

## - Appearances -

**For Plaintiffs:**

Brendan G. Woodard, Esq.
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787
(212) 819-8200

**For Defendants:**

Frank D. Rodriguez, Esq.
Budd Larner, P.C.
150 John F. Kennedy Parkway
Short Hills, NJ 07078-2703
(973) 315-4460